**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH JAMES PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL LIEUTENANT R. BELTRAN, et al.,<br><br>　　　　　Defendants. | NO. CV 09-7459 CJC (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

　　　　1.　　Judgment shall be entered dismissing the action without prejudice.

　　　　2.　　The Clerk shall serve copies of this Order and the Judgment on the parties.

DATED: February 25, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE