JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RALPH JAMES PEREZ, | ) | NO. CV 09-7459 CJC (FMO) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CORRECTIONAL LIEUTENANT R. BELTRAN, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  February 25, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE